# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Mason, Nicholas

Case Number: 4:18-cr-00618-01-JM
USM Number: 15644-171

**Date of Original Judgment:** 9/26/2019
(Or Date of Last Amended Judgment)

Molly Sullivan
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __6__ months is reduced to __4 months__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __4__
Criminal History Category: __IV__
Previous Guideline Range: __2__ to __8__ months

Amended Offense Level: __4__
Criminal History Category: __III__
Amended Guideline Range: __0__ to __6__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____ .

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence to run concurrent to sentence from District of South Carolina, No. 07-1423

Except as provided above, all provisions of the judgment dated __9/26/2019__ shall remain in effect.

**IT IS SO ORDERED.**

__11/28/2023__
Order Date

Signature of Judge

__February 1, 2024__
Effective Date (if delayed)

U.S. District Judge James M. Moody, Jr.
Name and Title of Judge